IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY N. JACKSON,            )
    Petitioner,            )
                           )
    v.                     )   Civil Action No. 09-306
                           )     (Criminal No. 04-327)
UNITED STATES OF AMERICA,)
    Respondent.            )

## ORDER

AND NOW, this 12th day of March, 2009, the Court, having received petitioner's motion to vacate [document #145 at Criminal No. 04-327], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before April 13, 2009.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before April 28, 2009.

BY THE COURT:

s/Gary L. Lancaster, J.
Hon. Gary L. Lancaster,
United States District Judge

cc:    Anthony N. Jackson, GP-4443
       SCI-Cresson
       Box A
       Cresson, PA 16699

       Scott W. Brady,
       Assistant United States Attorney