IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-327 |
| | ) | Civil No. 09-306 |
| ANTHONY N. JACKSON | ) | |

**ORDER**

AND NOW, this 1st day of May, 2009, upon consideration of the government's Motion Requesting a Limited Period of Discovery, and upon further consideration of any response thereto,

IT IS HEREBY ORDERED that said motion is GRANTED and the government and the petitioner will enter a 90-day period of limited discovery for the purpose of investigating Petitioner's claims of defense counsel's ineffectiveness, as detailed in Petitioner's Motion to Vacate or Set Aside Judgment of Conviction Pursuant to 28 U.S.C. § 2255. Such period will begin on MAY 4, 2009, and end on AUGUST 3, 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE GARY L. LANCASTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CC: Anthony N. Jackson
　　Scott Brady, AUSA
　　Wm. Kaczynski, Esq.