```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

```
ANTHONY N. JACKSON,        )
        Petitioner,        )
                           )
             v.            )    Civil Action No. 09-306
                           )    (Criminal No. 04-327)
UNITED STATES OF AMERICA,  )
        Respondent.        )
```

ORDER

AND NOW, this 4th day of May, 2009, upon due

consideration of the government's Motion for Extension

of Time to File Response to petitioner's Amended 2255

Motion, IT IS HEREBY ORDERED that the motion is GRANTED

and the government's response to the petitioner's Amended

2255 Motion shall be filed on or before August 10, 2009.

IT IS FURTHER ORDERED that any reply to the

government's response shall be filed on or before August

25, 2009.

                              BY THE COURT:


                              s/Gary L. Lancaster      , J.
                              Hon. Gary L. Lancaster,
                              United States District Judge


  cc:  Anthony N. Jackson, GP-4443
       SCI-Cresson
       Box A
       Cresson, PA 16699

       Scott W. Brady,
       Assistant United States Attorney

       William C. Kaczynski, Esquire
       1208 Manor Complex
       Pittsburgh, PA 15219