IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 04-327 |
| | ) | Civil No. 09-306 |
| ANTHONY N. JACKSON | ) | |

### O R D E R

AND NOW, this 9th day of September, 2009, upon due consideration of the government's Motion for Extension of Time to File Response to Defendant's Amended 2255 Motion, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED, namely that the government is granted an additional thirty (30) days to file its response to Defendant's motion. The government's response is due October 8, 2009.

IT IS FURTHER ORDERED that any reply to the government's response shall be filed on or before October 23, 2009.

_____
THE HONORABLE GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE