```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

ANTHONY N. JACKSON,      )
    Petitioner,      )
                     )
       v.             )   Civil Action No. 09-306
                     )    (Criminal No. 04-327)
UNITED STATES OF AMERICA,)
    Respondent.     )

<u>ORDER</u>

AND NOW, this 26th day of October, 2009, upon due consideration of the government's Motion for Extension of Time to File Response to Defendant's Motion to Vacate [document #157 at Criminal No. 04-327], IT IS HEREBY ORDERED that said motion be and is, GRANTED.  The government's response to defendant's Motion to Vacate is due November 25, 2009.

IT IS FURTHER ORDERED that any reply to the government's response shall be filed on or before December 16, 2009.

                                BY THE COURT:

                                <u>s/Gary L. Lancaster        </u>, J.
                                Hon. Gary L. Lancaster,
                                Chief United States District Judge

cc:    Anthony N. Jackson, GP-4443
       SCI-Cresson
       Box A
       Cresson, PA 16699

       Scott W. Brady,
       Assistant United States Attorney