```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

ANTHONY N. JACKSON,         )
    Petitioner,         )
                         )
       v.                   )   Civil Action No. 09-306
                         )     (Criminal No. 04-327)
UNITED STATES OF AMERICA,   )
    Respondent.            )

## ORDER

AND NOW, this 25th day of November, 2009, upon due consideration of the government's Motion for Extension of Time to File Response to Defendant's Motion to Vacate [document #159 at Criminal No. 04-327], IT IS HEREBY ORDERED that said motion be and is, GRANTED.  The government's response to defendant's Motion to Vacate is due December 28, 2009.

IT IS FURTHER ORDERED that any reply to the government's response shall be filed on or before January 19, 2010.

                                    BY THE COURT:

                                    <u>s/Gary L. Lancaster</u>          , J.
                                    Hon. Gary L. Lancaster,
                                    Chief United States District Judge

cc:    Anthony N. Jackson, GP-4443
        SCI-Cresson
        Box A
        Cresson, PA 16699

        Scott W. Brady,
        Assistant United States Attorney