```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY N. JACKSON,      )
     Petitioner,         )
                         )
          v.             )    Civil Action No. 09-306
                         )      (Criminal No. 04-327)
UNITED STATES OF AMERICA,)
     Respondent.         )
```

ORDER

AND NOW, this 19th day of January, 2010, upon consideration of the government's Motion for Extension of Time to File Response to Defendant's Motion to Vacate [document #161 at Criminal No. 04-327], IT IS HEREBY ORDERED that said motion is GRANTED and the government's response to defendant's Motion to Vacate is now due February 18, 2010. NO FURTHER EXTENSION OF THIS DATE WILL BE GRANTED.

IT IS FURTHER ORDERED that any reply to the government's response shall now be filed on or before March 11, 2010.

```
                         BY THE COURT:


                         s/Gary L. Lancaster       , J.
                         Hon. Gary L. Lancaster,
                         Chief United States District Judge

cc:    Anthony N. Jackson, #08434-068
       FCI-Allenwood
       P.O. Box 2000
       White Deer, PA 17887

       Scott W. Brady,
       Assistant United States Attorney
```