```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY N. JACKSON,          )
        Petitioner,          )
                             )
             v.              )    Civil Action No. 09-306
                             )       (Criminal No. 04-327)
UNITED STATES OF AMERICA,    )
        Respondent.          )
```

## ORDER

AND NOW, this 4th day of March, 2010, upon consideration of the petitioner's Motion for Extension of Time [document #165 at Criminal No. 04-327], IT IS HEREBY ORDERED that said motion is GRANTED and petitioner's reply to the government's response to the Motion to Vacate shall now be filed on or before April 12, 2010.

```
                              BY THE COURT:


                              s/Gary L. Lancaster         , J.
                              Hon. Gary L. Lancaster,
                              Chief United States District Judge

cc:   Anthony N. Jackson, #08434-068
      FCI-Allenwood
      P.O. Box 2000
      White Deer, PA 17887

      Scott W. Brady,
      Assistant United States Attorney
```